Certificate Number: 17572-PAE-DE-034162178

Bankruptcy Case Number: 20-10244



17572-PAE-DE-034162178

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 1, 2020, at 12:22 o'clock PM PST, Daniel J Carpino completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   March 1, 2020            By:   /s/Judy Alexander

                                 Name: Judy Alexander

                                 Title: Counselor