**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Daniel J. Carpino <br> _Debtor(s)_ | CHAPTER 7 |
| Toyota Lease Trust <br> _Movant_ <br> vs. | NO. 20-10244 MDC |
| Daniel J. Carpino <br> _Debtor(s)_ | |
| Gary F. Seitz Esq. <br> _Trustee_ | 11 U.S.C. Section 362 |

**ORDER TERMINATING AUTOMATIC STAY**

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Toyota Lease Trust, reviewed the file herein and after hearing, is of the opinion that said Motion should be granted.  It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2016 Toyota RAV4, VIN: JTMJFREV8GJ081491   in a commercially reasonable manner.  The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

Signed this   9th    day of   April   , 2020.

_Magdeline D. Coleman_
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge.

cc: See attached service list

Daniel J. Carpino
2538 South Sartain Street
Philadelphia, PA 19148

Thomas F. Grady, Esq.
2033 Walnut Street (VIA ECF)
Philadelphia, PA 19103

Gary F. Seitz Esq.
Gellert Scali Busenkell & Brown LLC
8 Penn Center, 1628 John F. Kennedy Blvd, Suite 1901
Philadelphia, PA 19103

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532