United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                   Case No. 20-10244-mdc
Daniel J. Carpino                                                                        Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: ChrissyW    Page 1 of 1    Date Rcvd: Apr 09, 2020
                         Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 11, 2020.
db             +Daniel J. Carpino,    2538 S. Sartain Street,    Philadelphia, PA 19148-4402

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2020                                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 9, 2020 at the address(es) listed below:
        ANN E. SWARTZ    on behalf of Creditor    LoanCare, LLC as servicer for Lakeview Loan Servicing, LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com
        GARY F. SEITZ    gseitz@gsbblaw.com, gfs@trustesolutions.net;Jblackford@gsbblaw.com
        REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
        THOMAS F. GRADY    on behalf of Debtor Daniel J. Carpino grady@tfgrady.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                                                                   TOTAL: 5

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Daniel J. Carpino | | CHAPTER 7 |
| | Debtor(s) | |
| Toyota Lease Trust | Movant | |
| vs. | | NO. 20-10244 MDC |
| Daniel J. Carpino | Debtor(s) | |
| Gary F. Seitz Esq. | | 11 U.S.C. Section 362 |
| | Trustee | |

## ORDER TERMINATING AUTOMATIC STAY

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Toyota Lease Trust, reviewed the file herein and after hearing, is of the opinion that said Motion should be granted. It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2016 Toyota RAV4, VIN: JTMJFREV8GJ081491 in a commercially reasonable manner. The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

Signed this  9th  day of  April , 2020.

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge.

cc: See attached service list

Daniel J. Carpino
2538 South Sartain Street
Philadelphia, PA 19148

Thomas F. Grady, Esq.
2033 Walnut Street (VIA ECF)
Philadelphia, PA 19103

Gary F. Seitz Esq.
Gellert Scali Busenkell & Brown LLC
8 Penn Center, 1628 John F. Kennedy Blvd, Suite 1901
Philadelphia, PA 19103

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532